**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**VS.**                                                                **CRIMINAL ACTION NO. 3:05CR-149-H**

**JOHN RICHARD WISER**                                                                **DEFENDANT**

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

      This matter has been referred to Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with C. Thomas Hectus, retained counsel, appeared in open Court on March 30, 2006, and entered pleas of guilty as to Counts 1 through 6 of the Indictment pursuant to a Rule 11 (c)(1)(A)&(B) plea agreement. The United States was represented by John Kuhn, Jr., Assistant United States Attorney. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 through 6 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have sentence imposed accordingly. In addition, at the time of sentencing, the United States will make a motion to dismiss Count 7 of the Indictment.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

Sentencing is hereby scheduled for **June 22, 2006 at 2:30 p.m., E.S.T** before the Honorable John G. Heyburn II, Chief United States District Judge.  The defendant shall remain under the terms and conditions of his present bond pending his appearance before the District Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

15