**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                                          **NO. 3:05CR-149-H**

**JOHN RICHARD WISER**                                       **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty of the Defendant to Counts 1 - 6 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offense.

Sentencing is hereby scheduled for **June 22, 2006, at 2:30 p.m.**

Date: April 19, 2006

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant